877 A.2d 1177

IN THE MATTER OF COLIN J. FLYNN, AN ATTORNEY AT LAW (ATTORNEY NO. 038441989).

May 24, 2005.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–452, recommending that **COLIN J. FLYNN** of **ALLENDALE**, who was admitted to the bar of this State in 1989, and who thereafter was temporarily suspended from the practice of law by Order of the Court filed November 5, 2003, and who remains suspended at this time, be disbarred on the basis of unethical conduct that includes violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (commingling of funds), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit,

or misrepresentation), and *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **COLIN J. FLYNN** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **COLIN J. FLYNN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **COLIN J. FLYNN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **COLIN J. FLYNN** pursuant to *Rule* 1:21–6, that were restrained from disbursement by Order of the Court filed November 5, 2003, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending the further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.